COLUMBUS BAR ASSOCIATION *v.* KILE.

[Cite as Columbus Bar Assn. *v.* Kile (1990), 55 Ohio St. 3d 20.]

(No. 90-800—Submitted June 19, 1990—Decided November 7, 1990.)

---

[1] Counsel for relator eventually found respondent through a former employer and notified respondent of the complaint directly. Respondent indicated that he would answer the complaint, but no response was ever made.

*Bruce A. Campbell, Abroms & Weisz* and *Deborah S. Everson,* for relator.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Therefore, we order that respondent be suspended from the practice of law in Ohio for a period of six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.